People v Williams (2026 NY Slip Op 01884)

People v Williams

2026 NY Slip Op 01884

Decided on March 27, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to
revision before publication in the Official Reports.

Decided on March 27, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., LINDLEY, CURRAN, SMITH, AND DELCONTE,
JJ.

133 KA 23-00566

[*1]THE PEOPLE OF THE STATE OF NEW YORK,
RESPONDENT,
vGIOVONNI WILLIAMS, DEFENDANT-APPELLANT. 

TINA L. HARTWELL, PUBLIC DEFENDER, UTICA (DAVID A. COOKE OF
COUNSEL), FOR DEFENDANT-APPELLANT. 
TODD C. CARVILLE, DISTRICT ATTORNEY, UTICA (MICHAEL A.
LABELLA OF COUNSEL), FOR RESPONDENT.

 Appeal from a judgment of the Oneida County Court (Robert Bauer, J.), rendered
December 23, 2022. The judgment convicted defendant upon his plea of guilty of
aggravated vehicular homicide. 
It is hereby ORDERED that the judgment so appealed from is unanimously
affirmed.
Memorandum: On appeal from a judgment convicting him upon his plea of guilty of
aggravated vehicular homicide (Penal Law § 125.14 [3]), defendant contends that
his waiver of the right to appeal is invalid and that his sentence is unduly harsh and
severe. Even assuming, arguendo, that defendant's waiver of the right to appeal is invalid
and therefore does not preclude our review of his challenge to the severity of the sentence
(see People v Harrison, 242
AD3d 1540, 1541 [4th Dept 2025]; People v Swiderski, 217 AD3d 1416, 1417 [4th Dept
2023]), we conclude that the sentence is not unduly harsh or severe.
Entered: March 27, 2026
Ann Dillon Flynn
Clerk of the Court